# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| LUCINDA A. KATES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-09-107-RAW |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On September 15, 2010, Magistrate Judge Shreder entered his Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the ALJ is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

**IT IS SO ORDERED** this 30th day of September, 2010.

**Dated this 30th Day of September 2010.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma

j4h4i0